1 SHAWN N. ANDERSON
United States Attorney
2 LAURA C. SAMBATARO
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagåtña, Guam 96910
PHONE: (671) 479-4146
5 FAX: (671) 472-7215

6 Attorneys for the United States of America

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE TERRITORY OF GUAM

| | |
|---|---|
| 9 UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00034 |
| 10 Plaintiff, | |
| 11 vs. | **INFORMATION CHARGING PRIOR SERIOUS DRUG FELONYCONVICTION** |
| 12 JAMES RUMBAUA DAMASO, | [21 U.S.C. § 851] |
| 13 Defendant. | |

14

**NOTICE OF INTENTION TO SEEK ENHANCED
15 PENALTY AGAINST DEFENDANT**

16    Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851,

17 hereby informs the Court and defendant, JAMES RUMBAUA DAMASO, of its intention to seek

18 an enhanced penalty in the event he is convicted of as charged in the pending Information.

19    Before defendant, JAMES RUMBAUA DAMASO, committed the offense charged in the

20 pending Information, the defendant had a final conviction for a serious drug felony offense.

21 Specifically, he was convicted in the District Court of Guam, on November 30, 2009, of

22 Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21

23 U.S.C. § 841(a)(1), in Case No. CR-09-00033-001, for which the defendant served a term of

24 imprisonment of more than 12 months and for which the defendant's release from such term of

Information Charging Prior
Serious Drug Conviction - 1 -

imprisonment was within 15 years of the commencement of the instant offense. Said offense constitutes a "serious drug felony" under Title 21, United States Code, Section 802(57), and a "prior conviction for a serious drug felony" under Title 21, United States Code, Section 841(b)(1)(A)(viii).

Accordingly, the United States intends to pursue the enhanced punishment of a term of imprisonment of not less than fifteen (15) years and not more than life, in the event the defendant is convicted of the offense of Possession of Fifty or More Grams of Methamphetamine Hydrochloride with Intent to Distribute, as charged in the pending information.

RESPECTFULLY SUBMITTED this 9th day of August, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney